HUNT v. FARMERS' LOAN & TRUST CO. (Circuit Court of Appeals, Ninth Circuit. June 4, 1896.) No. 269. In Error to the Circuit Court of the United States for the District of Oregon. William L. Brewster, for plaintiff in error. L. L. McArthur, for defendant in error. No opinion. Dismissed by agreement, pursuant to the twentieth rule.

---

INTERSTATE COMMERCE COMMISSION v. ATCHISON, T. & S. F. R. CO. (Circuit Court of Appeals, Ninth Circuit. June 1, 1896.) No. 93. Appeal from the Circuit Court of the United States for the Southern District of California. No opinion. Dismissed on motion of Henry S. Foote, United States attorney, for appellant. See 50 Fed. 295.

---

LEAVENWORTH COAL CO. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. March 1, 1897.) No. 628. Appeal from the Circuit Court of the United States for the District of Kansas. Robert Crozier, Lucien Baker, and William C. Hook, for appellant. W. C. Perry, U. S. Dist. Atty. No opinion. Reversed in part and affirmed in part, by consent of parties, pursuant to compromise.

---

McPECK v. CENTRAL VERMONT R. CO. (Circuit Court of Appeals, First Circuit. June 19, 1897.) No. 187. In Error to the Circuit Court of the United States for the District of Massachusetts. This was an action by Henry McPeck against the Central Vermont Railroad Company to recover damages for personal injuries. The court directed a verdict for defendant, and plaintiff sued out a writ of error. The judgment of the circuit court was affirmed (79 Fed. 590), and plaintiff now petitions for the right to file in the circuit court a motion for a new trial, and to be heard thereon, etc. Before COLT and PUTNAM, Circuit Judges, and WEBB, District Judge. No opinion. Petition denied.

---

MARKHAM et al. v. DAISY MANUF'G CO. (Circuit Court of Appeals, Sixth Circuit. May 18, 1897.) No. 487. Appeal from the Circuit Court of the United States for the Eastern District of Michigan. James Whittemore and Edward Rector, for appellants. Charles H. Fisk, for appellee. No opinion. Decree reversed and bill ordered dismissed.

---

NATIONAL HARROW CO. v. HENCH et al. (Circuit Court of Appeals, Third Circuit. March 24, 1897.) Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania. No opinion. Dismissed pursuant to the twenty-third rule. See 76 Fed. 667.